# IN THE SUPREME COURT OF THE STATE OF NEVADA

CARLOS GARCIA, AN INDIVIDUAL,
Appellant,
vs.
SECURITY PROPERTIES, INC., A
FOREIGN CORPORATE ENTITY,
Respondent.

No. 81093

FILED

NOV 23 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order dismissing appellant's complaint on statute of limitations grounds, where appellant is proceeding pro se. Eighth Judicial District Court, Clark County; Jacqueline M. Bluth, Judge.

On May 19, 2021, this court entered an order directing appellant to file the transcript request form within 14 days and the opening brief within 120 days. Appellant failed to file the documents. On October 13, 2021, this court entered an order directing appellant to file the documents within 7 days. This court cautioned that failure to comply timely could result in the dismissal of this appeal as abandoned. NRAP 31(d). To date, appellant has failed to file the documents, or to otherwise communicate with this court. Accordingly, this court concludes that appellant has abandoned this appeal, and therefore

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

21·33730

cc:    Hon. Jacqueline M. Bluth, District Judge
       Patrick N. Chapin, Settlement Judge
       Carlos Garcia
       Ray Lego & Associates
       Eighth District Court Clerk